# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-5003 PA (SHx) | Date | July 16, 2013 |
|---|---|---|---|
| Title | Robert Finamore, et al. v. Air & Liquid Sys. Corp., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | N/A | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS—ORDER TO SHOW CAUSE

    The Court has reviewed the Notice of Removal and Complaint filed in this action. According to Complaint, which was filed in Los Angeles Superior Court, plaintiff Robert Finamore ("Plaintiff") was exposed to asbestos while serving in the United States Navy in San Diego and San Francisco, while employed in various capacities in Livermore and Sacramento, and in Tracy and other "various locations in California" while performing repairs and maintenance to his home and vehicles. The only residence Plaintiff alleges to have resided in is located in Tracy, California, which is within the jurisdiction of the United States District Court for the Eastern District of California (the "Eastern District"). The Complaint does not allege that any of the events giving rise to Plaintiff's claims occurred within the Central District of California. Nor does the Complaint allege any other basis for venue in the Central District of California.

    That Plaintiff's counsel maintains an office within the Central District of California is not a satisfactory basis for venue in this District. The Court therefore orders the parties to show cause in writing why this action should not be transferred to the Eastern District, the United States District Court for the Southern District of California (the "Southern District"), or the United States District Court for the Northern District of California (the "Northern District") for the convenience of the parties and witnesses, and in the interests of justice. See 28 U.S.C. §§ 105(b)(1), 1404(a). The parties' briefs in response to the order to show cause shall not exceed 15 pages. All factual matters relied upon in the parties' submissions must be supported by appropriate declarations and admissible evidence. To assist the Court in determining whether transfer is appropriate and in the interest of justice, the parties are directed to address the following, in addition to sharing their beliefs as to which forum is more convenient for the parties and witnesses:

    1.    Whether this action could have been brought in the Southern District, Eastern District, or Northern District;

    2.    Whether venue is appropriate in the Southern District, Eastern District, or Northern District;

    3.    What contacts, if any, each of the parties has to the Central District of California (the

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-5003 PA (SHx) | Date | July 16, 2013 |
|---|---|---|---|
| Title | Robert Finamore, et al. v. Air & Liquid Sys. Corp., et al. | | |

"Central District"), the Southern District, Eastern District, and Northern District;

4. What connection Plaintiff's causes of action have to the Central District, Southern District, Eastern District, and Northern District, including the length of time Plaintiff was working with or otherwise exposed to Defendants' asbestos-containing products in each judicial district;

5. Which witnesses are expected to be called and where they reside;

6. The availability of compulsory process to compel attendance of unwilling non-party witnesses in the Central District, Southern District, Eastern District, and Northern District;

7. The ease of access to sources of proof in each of the forums;

8. The expected difference in the cost of litigation in the Central District as compared to the Southern District, Eastern District, and Northern District; and

9. Whether there are any alternative forums other than the Central District, Southern District, Eastern District, and Northern District that would be more convenient for this action, keeping in mind the inquiries above.[1]

The parties' responses to this Order shall be filed by August 12, 2013. The failure by Plaintiff to timely respond to this Order may result in the transfer of this action to the Eastern District, Northern District, or Southern District, without further notice. Nothing in this order should be construed as limiting the ability of plaintiffs to timely file a Motion to Remand.

IT IS SO ORDERED.

---

[1] For any District that contains multiple Divisions, the parties shall identify both the District and Division they believe is more convenient.